**Order entered June 12, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01575-CV

### WILLIAM T. DICKSON, Appellant

### V.

### BNSF RAILWAY COMPANY AND FELLERS SNIDER BLANKENSHIP BAILEY & TIPPENS, P.C., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC 12-02048**

## ORDER

We **GRANT** appellant's June 10, 2015 unopposed motion for extension of time to file reply brief to appellee Fellers Snider Blankenship Bailey & Tippens, PC's brief and **ORDER** the brief be filed no later than July 13, 2015.

/s/     CRAIG STODDART
          JUSTICE